IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| HOSEA FANADISE HAMPTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | 1:12CV934 |
| v. | ) | 1:99CR320-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER ALLOWING DISMISSAL WITHOUT PREJUDICE OF PETITION UNDER 28 U.S.C. § 2255

The Parties have jointly agreed and stipulated to dismissal without prejudice of the pending Petition under 28 U.S.C. § 2255 under Fed. R. Civ. P. 41(a)(1)(A)(ii). Based upon the joint representations of the Parties and in the interest of judicial economy, the Court concludes that the Joint Stipulation should be allowed and an Order granted allowing the Petition to be withdrawn and dismissed without prejudice.

NOW, THEREFORE, it is hereby ORDERED that the Joint Stipulation of Dismissal filed by the Parties is allowed, the Petition is dismissed without prejudice, and no decision on the merits of the Petition shall be reached.

IT IS SO ORDERED, this the 17th day of January, 2013.

_____
United States District Judge