IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HOSEA FANADISE HAMPTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:16CV871 |
| | ) | 1:99CR320-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 15, 2019, was served on the parties in this action. (ECF Nos. 114, 115.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the prior stay is lifted, Respondent's Motion to Dismiss, (ECF. No. 112), is GRANTED, and that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (ECF No. 96), is DISMISSED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 16th day of August 2019.

/s/ Loretta C. Biggs
United States District Judge